Nate L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joseph K. Liu (Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

JS-6

Attorneys for Plaintiff Network Signatures, Inc.

Kevin Cadwell (SB#255794)
Kevin.cadwell@bakerbotts.com
**BAKER BOTTS LLP**
620 Hanson Way
Palo Alto, CA. 94304
Telephone:  (650) 739-7500
Facsimile: (650) 739-7699

Attorneys for Defendant, TD AMERITRADE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TD AMERITRADE, INC. <br><br> Defendant. | Case No. SACV 10-1209 JVS (RNBx) <br><br> **ORDER RE: DISMISSAL** |

16968.1

**[PROPOSED] ORDER**

1

1  Upon consideration of the parties' Stipulated Motion for Dismissal, and good cause
2  appearing,
3  IT IS ORDERED:
4  All claims or causes of action asserted in this suit by and between Plaintiff, Network
5  Signatures, Inc. and Defendant, TD Ameritrade, Inc., are hereby dismissed in their entirety
6  with prejudice.
7  It is further ordered that all attorneys' fees and costs are to be borne by the party that
8  incurred them.

Dated: February 09, 2011

_____
Hon. James V. Selna
United States District Judge

16968.1

**2**
**[PROPOSED] ORDER**